IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEROREZ FRANCHISING SYSTEMS, INC. ET AL, <br><br> Defendants. | No. 3:17-cv-00699-JPM |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation to Dismiss, filed by the parties on April 24, 2019. (ECF No. 82.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 24th day of April, 2019.

                                        /s/ Jon P. McCalla
                                        JON P. McCALLA
                                        UNITED STATES DISTRICT JUDGE