**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZEROREZ FRANCHISING SYSTEMS, INC. ET AL, <br><br> Defendants. | No. 3:17-cv-00699-JPM |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Joint Stipulation of Dismissal, filed on April 24, 2019 (ECF No. 82), and the Court having entered an Order of Dismissal (ECF No. 83),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 24, 2019
Date